# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXAMWORKS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> QUALITY MEDICAL EVALUATORS, ) <br> LTD., FIRST MEDICAL EXPERTS, INC., ) <br> NATIONAL DISABILITY EVALUATIONS ) <br> INC., and RICHARD E. ALBERT, ) <br> individually and as trustee of the ALBERT ) <br> TRUST, ) <br> ) <br> Defendants. ) | C.A. No. _____ <br><br> **PUBLIC VERSION** |

## EXHIBITS A-C TO COMPLAINT

 

                                                    John A. Sensing (#5232)
                                                    P. Andrew Smith (#7117)
                                                    POTTER ANDERSON & CORROON LLP
                                                    Hercules Plaza
                                                    P. O. Box 951
                                                    Wilmington, DE 19899
                                                    (302) 984-6000
                                                    jsensing@potteranderson.com
                                                    asmith@potteranderson.com

Dated: December 18, 2025                    *Attorneys for Plaintiff*

**Public Version Dated: December 26, 2025**

# EXHIBIT A
# REDACTED IN ITS ENTIRETY

# EXHIBIT B

August 1, 2025

ExamWorks
3280 Peachtree Road NE, suite 2625
Atlanta, GA 30305
ATT: Wesley Campbell

Dear Mr. Wesley,

I hope this message finds you well.

As a professional courtesy, I am writing to formally notify you that I will be discontinuing your services effective October 1, 2025. This decision has previously been communicated **to** Mr. Rick Albert by my office manager, Gretchen, during a phone call on February 28, 2025, and again in a follow-up email in March.

Following that notice, Mr. Albert responded by stating that all Quality Medical Evaluators work would be removed from Gretchen effective immediately unless I agreed to remain for an additional six months. Based on that timeline, the six month period has concluded.

Please understand that I am not willing to transition to a different administrative team. Gretchen and her staff have managed every aspect of my practice for many years, and their involvement is essential to my continued work.

I do not wish to discuss this matter further. If you have any questions, please direct them to Gretchen at 714-813-4464.

I appreciate the opportunities I've had with your organization but am not interested in making any further changes to my established workflow.

Thank you for your understanding.

Sincerely,
Andrew Schreiber, M.D.

# EXHIBIT C

# KIRK Y. CHANG, M.D. FACC

August 1, 2025

ExamWorks
Attention: Andrew Roberts
11010 White Rock Rd #120
Rancho Cordova, CA 95670

Dear Mr. Campbell,

This letter serves as formal notice that I will be terminating my professional services agreement with ExamWorks (formerly Quality Medical Evaluators, Ltd.), effective October 1, 2025. This letter provides the required sixty (60) days' written notice pursuant to Section 2.1 of the agreement executed on December 16, 2021 with Quality Medical Evaluators.

I appreciate the administrative support and professional collaboration I have maintained with Quality Medical Evaluators since December 2021. However, following the acquisition by ExamWorks on April 1, 2025, I have decided to independently manage my Qualified Medical Evaluator (QME) and related evaluation services going forward.

I would request that all outstanding matters, including final payments and records transfer, are completed prior to the termination date. It is understood that payments may be made under the existing Quality Medical Evaluators model, which remains contingent upon receipt of funds from the insurer.

8635 W. 3RD STREET

Suite 1050W

Los Angeles, CA 90048

PHONE  (310) 659-4026

FAX  (800) 659-2084

EMAIL  kyc@kirkchangmd.com

Thank you again for the your kindness and past cooperation. I wish you and your team continued success.

Sincerely,

Kirk Y. Chang, MD QME
Diplomate, American Board of Internal Medicine and Cardiovascular Diseases
California License A75580



Brownworks
Attn: Andrew Roberts
11010 White Rock Rd #120
Rancho Cordova, CA 95670

8635 W. 3RD STREET
Suite 1050W
Los Angeles, CA 90048

PHONE (310) 659-4026
FAX (800) 659-2084
EMAIL kyc@kirkchangmd.com